# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-cr-00294-APG-CWH |
| | ) | |
| MURRELL EDWIN REDDING | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 09/24/2018 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Sep 20, 2018

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



FILED _____  RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY